**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| SANTA CAROTA, LLC,<br><br>*Plaintiffs,*<br><br>vs.<br><br>INTERSTATE MEAT CO. INC., a Nevada Corporation dba STERLING PACIFIC MEAT CO.<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION No. 4:26-cv-00976-O |

# PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND RULE 7.1 DISCLOSURE STATEMENT

Pursuant to FED. R. CIV. P. 7.1, Plaintiff, Santa Carota, LLC ("Plaintiff") through the undersigned counsel, provides this listing of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent or subsidiary corporations, or other legal entities that may have financial interest in the outcome of this case.

1. Plaintiff:
SANTA CAROTA, LLC
By and through Counsel of Record
Vincent P. Circelli
State Bar No. 24058804
vcircelli@dclaw.com
Preston J. Dugas III
State Bar No. 24050189
pdugas@dclaw.com
Sarah Arroyo
State Bar No. 24138756
sarroyo@dclaw.com
**DUGAS & CIRCELLI, PLLC**
4800 Bryant Irvin Ct.
Fort Worth, Texas 76107
Telephone: (817) 817-7000
Facsimile: (682) 219-0761

2. Plaintiff's Counsel:
Vincent P. Circelli
State Bar No. 24058804
vcircelli@dclaw.com
Preston J. Dugas III
State Bar No. 24050189
pdugas@dclaw.com
Sarah Arroyo
State Bar No. 24138756
sarroyo@dclaw.com
**DUGAS & CIRCELLI, PLLC**
4800 Bryant Irvin Ct.
Fort Worth, Texas 76107
Telephone: (817) 817-7000
Facsimile: (682) 219-0761

3. Defendant:
Interstate Meat Co. Inc.,
a Nevada Corporation dba Sterling Pacific Meat Co.
Commerce, California

Plaintiff, Santa Carota, LLC is a limited liability company in the State of California with its principal place of business in Bakersfield, California. Justin Pettit and Michael Pettit[1] are both members of Plaintiff and are residents of and domiciled in Southlake, Texas and are thus citizens of Texas for diversity jurisdiction purposes.

To the best of Plaintiff's knowledge, there are no additional parties, persons, or entities that are financially interested in the outcome of this litigation.

[1] Michael Pettit passed away in June 2026. There is no current probate open.

Respectfully submitted,

*/s/ Vincent P. Circelli*
Vincent P. Circelli
State Bar No. 24058804
vcircelli@dclaw.com
Preston J. Dugas III
State Bar No. 24050189
pdugas@dclaw.com
Sarah Arroyo
State Bar No. 24138756
sarroyo@dclaw.com
**DUGAS & CIRCELLI, PLLC**
4800 Bryant Irvin Ct.
Fort Worth, Texas 76107
Telephone: (817) 817-7000
Facsimile: (682) 219-0761

**ATTORNEYS FOR PLAINTIFF**